No. 504. ROSECRANS ET AL. *v.* WEST EDMOND SALT WATER DISPOSAL ASSOCIATION ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that probable jurisdiction should be noted. *John H. Cantrell*

and *B. H. Carey* for appellants. *David A. Richardson, T. Murray Robinson, Walace Hawkins, Robert W. Richards, Russell G. Lowe, Ralph W. Garrett, Don Emery, Rayburn L. Foster, R. M. Williams, Harry D. Turner* and *W. H. Brown* for appellees.